IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 13-01676 MCF |
| | * | |
| MADELENE REYES ALICEA | * | CHAPTER 13 |
| | * | |
| DEBTOR(S) | * | |
| _____ | * | |

## RESPONSE TO OBJECTION TO PROPOSED PLAN
## FILED BY ORIENTAL BANK, DOCKET NO. 12

**TO THE HONORABLE COURT:**

**COMES NOW, MADELENE REYES ALICEA**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Oriental filed a *Motion Objecting Plan*, in the present case, alleging that debtor owes $12,009.66 of outstanding balance of a duly recorded money purchase, secured lien and debtor fails to propose any payment to Oriental's secured claim.

2. The debtor hereby submits that she is surrendering said secured property, as of amended plan dated 5/10/2013. Debtor is consenting to the Lift of Stay in favor of Oriental Bank Account 3905.

3. Based on the above stated, the debtor respectfully requests this Honorable Court grant the present motion and deny the motion requesting dismissal filed by Oriental Bank.

**WHEREFORE**, debtor, through his undersigned attorney respectfully requests that for the above stated reasons Oriental Bank motion be denied.

Page – 2 –
**Debtor's Reply to motion for dismissal**
**Case no. 13-01676**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Jose R. Carrion Morales, Esq.; Angel M. Vazquez Bauza, Esq., Counsel for Oriental Bank (Oriental); I also certify that a copy of this motion was sent via US Mail to Madelene Reyes Alicea, debtor in the above captioned case.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 28h day of May, 2013.

*/s/Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 193677
SAN JUAN PR 00919-3677
TEL 787-744-7699
FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com