IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>MADELENE REYES ALICEA<br><br><br>XXX-XX-0396<br><br><br><br>Debtor(s) | CASE NO. 13-01676 MCF<br><br>Chapter 13<br><br><br><br>**FILED & ENTERED ON 5/17/2016** |
|---|---|

ORDER

The Trustee's Objection to claim No. 9 by Denis Daumont Fernandez (docket #54) is hereby denied without prejudice. Affidavit of Service Members Civil Relief Act was filed under wrong name.

SO ORDERED.

San Juan, Puerto Rico, this 17 day of May, 2016.

*Mildred Cabán*

Mildred Caban Flores
U.S. Bankruptcy Judge

C: DEBTOR
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES